UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:21-mj-00424-ZMF |
| | : |
| TANNER BRYCE SELLS, | : |
| | : |
| Defendant. | : |

**NOTICE OF FILING**

The Government requests that the attached discovery letter, dated June 28, 2021, be made part of the record in the above-captioned case.

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          ACTING UNITED STATES ATTORNEY

                                          _____
                                          JACOB J. STRAIN
                                          Utah Bar No. 12680
                                          Assistant United States Attorney
                                          U.S. Attorney's Office for the District of Columbia
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530



U.S. Department of Justice

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**June 28, 2021**

Kyle Wackenheim
Assistant Federal Public Defender

  RE: **U.S. v. TANNER BRYCE SELLS (1:21-mj-00424-ZMF)**

Dear Counsel,

  Pursuant to our discovery obligations, we have provided the following files via USAfx on June 28, 2021.  Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

0176-OC-3379748-GJ_0000001.pdf
0176-OC-3379748-GJ_0000002.pdf
0176-OC-3379748-GJ_0000004.pdf
0176-OC-3379748-GJ_0000005.pdf
0176-OC-3379748-GJ_0000006.pdf
0176-OC-3379748-GJ_0000007.pdf
0176-OC-3379748-GJ_0000008.pdf
0176-OC-3379748-GJ_0000008_1A0000005_0000001.msg
0176-OC-3379748-GJ_0000009.pdf
0176-OC-3379748-GJ_0000009_1A0000006_0000001.pdf
0176-OC-3379748-GJ_0000010.pdf
0176-OC-3379748-GJ_0000011.pdf
0176-OC-3379748-GJ_0000011_1A0000008_0000001.pdf
0176-OC-3379748-GJ_0000012.pdf
0176-OC-3379748-GJ_0000012_1A0000009_0000003.TIF
0176-OC-3379748-GJ_0000013.pdf
0176-OC-3379748-GJ_0000013_1A0000010_0000001.pdf
0176-OC-3379748-GJ_0000014.pdf
0176-OC-3379748-GJ_0000014_1A0000014_0000001.xlsx
0176-OC-3379748-NCIC_0000001.pdf
0176-OC-3379748-NCIC_0000002.pdf

0176-OC-3379748-NCIC_0000003.pdf
0176-OC-3379748_0000002.pdf
0176-OC-3379748_0000002_1A0000002_0000001.pdf
0176-OC-3379748_0000002_1A0000002_0000002.pdf
0176-OC-3379748_0000002_1A0000003_0000001.pdf
0176-OC-3379748_0000003.pdf
0176-OC-3379748_0000004.pdf
0176-OC-3379748_0000004_Import.docx
0176-OC-3379748_0000005.pdf
0176-OC-3379748_0000005_1A0000004_0000001.jpg
0176-OC-3379748_0000005_1A0000004_0000002.jpg
0176-OC-3379748_0000008.pdf
0176-OC-3379748_0000009.pdf
0176-OC-3379748_0000010.pdf
0176-OC-3379748_0000012.pdf
0176-OC-3379748_0000013.pdf
0176-OC-3379748_0000013_1A0000008_0000001.pdf
0176-OC-3379748_0000016.pdf
0176-OC-3379748_0000017.pdf
0176-OC-3379748_0000018.pdf
0176-OC-3379748_0000019.pdf
0176-OC-3379748_0000021.pdf
0176-OC-3379748_0000021_1A0000013_0000001.pdf
0176-OC-3379748_0000021_1A0000013_0000002.pdf
0176-OC-3379748_0000021_1A0000013_0000003.pdf
0176-OC-3379748_0000024_1A0000016_0000001_Redacted.xlsx
0176-OC-3379748_0000024_Redacted.pdf
0176-OC-3379748_0000025.pdf
0176-OC-3379748_0000028.pdf
0176-OC-3379748_0000028_1A0000018_0000001.png
0176-OC-3379748_0000028_1A0000018_0000002.png
0176-OC-3379748_0000031.pdf
0176-OC-3379748_0000031_1A0000021_0000001.png
0176-OC-3379748_0000031_1A0000021_0000002.png
0176-OC-3379748_0000032.pdf
0176-OC-3379748_0000033.pdf
0176-OC-3379748_0000035.pdf
0176-OC-3379748_0000038.pdf
0176-OC-3379748_0000039.pdf
0176-OC-3379748_0000039_1A0000022_0000001.pdf
0176-OC-3379748_0000039_1A0000023_0000001.pdf
0176-OC-3379748_0000039_1A0000024_0000001_PHYSICAL.pdf
0176-OC-3379748_0000040.pdf
0176-OC-3379748_0000040_1A0000025_0000001.pdf
0176-OC-3379748_0000045.pdf
0176-OC-3379748_0000046.pdf

```
0176-OC-3379748_0000053.pdf
0176-OC-3379748_0000053_Import.msg
0176-OC-3379748_0000054.pdf
0686 USCH 02 Rotunda Door Interior-2021-01-06_14h41min00s000ms.mp4
0959 USC 02 Rotunda South-2021-01-06_14h41min00s000ms.mp4
0960 USC 02 Rotunda North-2021-01-06_14h41min00s000ms (1).mp4
0960 USC 02 Rotunda North-2021-01-06_14h41min00s000ms.mp4
ATT_Records_Key.pdf
ReportAU_3183086.pdf
ReportAU_3183086.txt
ReportCT_3183086.pdf
ReportCT_3183086.txt
ReportIMEI_3183086.pdf
ReportIMEI_3183086.txt
ReportIMSI_3183086.pdf
ReportIMSI_3183086.txt
ReportLandline_3183086.pdf
ReportLandline_3183086.txt
ReportSIMCARD_3183086.pdf
ReportSIMCARD_3183086.txt
```

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will continue provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions. We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney